UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:
David Vincent Lorenzo                                        Case No.: 22-16392-CLC
                                                             Chapter 13

        Debtor(s).
_____/

## NOTICE TO DEBTOR OF DUE DATE FOR FIRST
## AND SUBSEQUENT PAYMENTS UNDER SECOND MODIFIED CHAPTER 13 PLAN

    **COMES NOW**, Nowack & Olson, PLLC, Attorneys for the Debtor(s), and gives this additional Notice to the Debtor of the Due Date for the first and subsequent payments under the Modified Chapter 13 Plan as follows:

**AMOUNT OF MONTHLY PAYMENTS:**
**$578.72** per month for 1 MONTH (MONTH 30); and
**$250.00** per month for 2 MONTHS (MONTHS 31 and 32);and
**$9,526.00** per month for 28 MONTHS (MONTHS 33 through 60).

**1st PAYMENT DUE DATE:**
The 1st payment **UNDER THE MODIFIED PLAN** in the amount of **$578.72** is due to the Chapter 13 Trustee, **NANCY NEIDICH** at:

        **Nancy Neidich, Trustee**
        **POB 2099**
        **Memphis, TN 38101**

on **2/25/2025** which is the date of the hearing to modify your plan.

## THE HEARING TO MODIFY YOUR PLAN IS: 2/25/25
## YOU MUST BE CURRENT WITH YOUR PAYMENT BY THIS
## DATE OR THE MOTION TO MODIFY WILL BE DENIED, AND
## YOUR CASE WILL BE DISMISSED.

> **IMPORTANT WARNING: REGARDING MODIFIED CHAPTER 13 PLANS**
> IF THIS NOTICE IS BEING PROVIDED TO YOU AS A RESULT OF A **MODIFIED PLAN**, ALL PAYMENTS THAT ARE REQUIRED UNDER THE **NEW MODIFIED PLAN MUST BE CURRENT BEFORE THE HEARING DATE OF THE MOTION TO MODIFY**, OR YOUR CASE WILL BE DISMISSED BY THE BANKRUPTCY COURT. CONTACT OUR OFFICE IMMEDIATELY UPON RECEIPT OF THIS NOTICE IF YOU HAVE ANY QUESTIONS.

**SUCH PAYMENTS MUST BE MADE BY CASHIERS CHECK OR MONEY ORDER. DO NOT SEND A PERSONAL CHECK. YOU MUST INCLUDE YOUR CASE NUMBER ON YOUR PAYMENT**. Subsequent payments in the same amount will be due on the same day for each subsequent month WITHOUT FURTHER NOTICE FROM THE COURT, CHAPTER 13 TRUSTEE, OR COUNSEL.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail or via CM/ECF to Nancy Neidich, Trustee at POB 279806, Miramar, FL 33027, Office of the U.S. Trustee, at 51 SW 1st Ave., Miami, FL 33130, and David Vincent Lorenzo, Debtor(s), at 1442 SW 155th Court Miami, FL 33194 , on  March 5, 2025  .

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
**(305) 698-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436